No. 85–1617. EMERSON ELECTRIC CO. *v.* SWENSON ET AL. Sup. Ct. Minn. Motion of Chamber of Commerce of the United States et al. for leave to file a brief as *amici curiae* granted. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 85–5273. DAVID *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 85–5793. SKAGGS *v.* KENTUCKY (two cases). Sup. Ct. Ky.;
No. 85–6525. JOHNSON *v.* TENNESSEE. Sup. Ct. Tenn.;
No. 85–6630. ROGERS, AKA HEYDUK *v.* NEVADA. Sup. Ct. Nev.; and
No. 85–6631. FARMER *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–6556. ANDERSON *v.* SPRING LAKE PARK PARTNERSHIP. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.